# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NANCY DEMARCUS,

      Plaintiff,

v.

WEST FLORIDA – MHT, LLC d/b/a
TAMPA MEMORIAL HOSPITAL,

      Defendant.

CASE NO. _____

L.C. Case No. 2020-CA-003311

## DEFENDANT'S NOTICE OF REMOVAL

Defendant West Florida – MHT, LLC d/b/a Tampa Memorial Hospital ("the Hospital") pursuant to 28 U.S.C. §§ 1441(a) and 446(b), hereby removes this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The grounds for removal are as follows:

    1.    On April 14, 2020, Plaintiff filed this action against Defendant in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 2020-CA-003311.

    2.    The Summons and Complaint were served on the Defendant on April 23, 2020.  Pursuant to 28 U.S.C. § 1446(b), this notice is filed timely within thirty (30) days after the Defendant received Plaintiff's Summons and Complaint.

    3.    Plaintiff's Complaint contains claims for discrimination under the Age Discrimination in Employment Act ("ADEA"), 42 U.S.C. § 621 *et seq.,* which is a federal cause of action over which this Court has original jurisdiction, and the Florida Civil Rights Act of 1992

("FCRA") § 760.10 *et seq.* Accordingly, pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), this Court has original jurisdiction with respect to the ADEA claims because they are actions to recover damages or to secure equitable relief or any other relief under an Act of Congress. In addition, this Court has supplemental jurisdiction with respect to the FCRA state law claim pursuant to 28 U.S.C. §§ 1441(c) and 1367(a), as the FCRA claim arises from part of the same case or controversy as the ADEA claim. Therefore, removal to this Court of Plaintiff's claims is proper.

4. The events alleged by Plaintiff giving rise to Plaintiff's ADEA and FCRA claims allegedly occurred in Hillsborough County, Florida, which is within this Court's district. (Complaint at ¶ 2.) Accordingly, venue is proper in the Tampa Division of the United States District Court, Middle District of Florida. M.D. Fla. L. R. 1.02(b)(3).

6. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached a copy of all process, pleadings, and orders served upon Defendant in this action. In addition, pursuant to United States District Court for the Middle District of Florida, Local Rule 4.02(b), Defendant has attached "a true and legible copy of all process, pleadings, orders and other papers or exhibits of every kind, including depositions, then on file in the state court." See attached Exhibit 1 (State Court Docket Sheet); Exhibit 2 (Complaint); and Exhibit 3 (Remaining State Court Documents).

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly give written notice of this Notice of Removal to Plaintiff, the only adverse party. In addition, Defendant will also file a copy of the notice of filing notice of removal with the clerk of the state court. (See attached Exhibit 4).

Respectfully submitted,


By: /s/ *Tracey K. Jaensch*
Tracey K. Jaensch, B.C.S.
Florida Bar No. 907057
E-mail: tjaensch@fordharrison.com
FORD & HARRISON LLP
101 E. Kennedy Blvd., Suite 900
Tampa, FL  33602
(813) 261-7800  Telephone
(813) 261-7899  Facsimile

Attorneys for Defendant


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and sent a true and correct copy via e-mail to the following:

Patrick K. Elliott, Esq.
The Law Office of Patrick K. Elliott, PLLC
100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
elliottp@employmentandconsumerlaw.com
assistant@employmentandconsumerlaw.com


/s/ *Tracey K. Jaensch*
Tracey K. Jaensch

WSACTIVELLP:11496191.1