# Case Information

Case Number: 20-CA-003311

Uniform Case Number: 292020CA003311A001HC

DeMarcus, Nancy vs WEST FLORIDA - MHT, LLC

Icon Keys | Summary | Parties | **Events\Documents** | Financial

File Location | Related Cases

**Filter Events Dates:**

From

To

[ Filter ]

Show [25] entries    Column visibility    Excel    CSV    Search: [        ]

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image |
|---|---|---|---|---|---|
|  | 8 | 05/11/2020 | SUMMONS RETURNED SERVED | WEST FLORIDA-MHT,LLC C/O CT CORPORATION SYSTEM REGISTERED AGENT 4/23/2020 | ✓ |
| ⬇ | 7 | 04/20/2020 | E-FILED SUMMONS ISSUED | X1 elliottp@employmentandconsumerlaw.com ; assistant@employmentandconsumerlaw.com ; eservice@employmentandconsumerlaw.com | ✓ |
|  | 1 | 04/14/2020 | File Home Location - Electronic |  |  |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image |
|---|---|---|---|---|---|
|  | 2 | 04/14/2020 | CIVIL COVER SHEET |  |  |
|  | 3 | 04/14/2020 | COMPLAINT |  |  |
|  | 4 | 04/14/2020 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |  |  |
|  | 5 | 04/14/2020 | DESIGNATION OF CURRENT MAILING AND E-MAIL ADDRESS |  |  |
|  | 6 | 04/14/2020 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) |  |  |

Showing 1 to 8 of 8 entries                                          Previous   1   Next

  Exit Case Details

© 2020 - Hillsborough County Clerk of the Circuit Court