**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.  CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>THIRTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Nancy DeMarcus</u>
Plaintiff
  vs.
<u>WEST FLORIDA - MHT, LLC</u>
Defendant

**II.  AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>30,000</u>

**III.  TYPE OF CASE**  (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV. **REMEDIES SOUGHT** (check all that apply):
   ☒ Monetary;
   ☒ Non-monetary declaratory or injunctive relief;
   ☒ Punitive

V. **NUMBER OF CAUSES OF ACTION:**
   (Specify)

   4

VI. **IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ Yes
   ☒ No

VII. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ No
   ☐ Yes – If "yes" list all related cases by name, case number and court:

   Yes

VIII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒ Yes
   ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Patrick K. Elliott
             Attorney or party
FL Bar No.:  1000970
             (Bar number, if attorney)
             Patrick K. Elliott
             (Type or print name)
   Date:   04/14/2020

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

NANCY DEMARCUS,

    Plaintiff,

v.                                                               CASE NO.:

WEST FLORIDA - MHT, LLC d/b/a
TAMPA MEMORIAL HOSPITAL,

    Defendant.
_____/

## REQUEST FOR DIVISION ASSIGNMENT

This is a request base on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the

    _X_    Tampa Division

    ___    East Division

    ___    Prior Division (Please indicate Case Number and Division of Previously filed action: _____)

I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders. If there is no supported request for specific division assignment, this action will be assigned a division based on random and equitable distribution system.

    PATRICK K. ELLIOTT
    Florida. Bar Number: 1000970
    THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC
    100 S. Ashley Drive, Suite 600
    Tampa, FL 33602
    Direct Dial: (813) 379-3090
    Facsimile:   (813) 433-5126
    Email: elliottp@employmentandconsumerlaw.com
    Email: assistant@employmentandconsumerlaw.com

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

NANCY DEMARCUS,

    Plaintiff,

v.     CASE NO.:

WEST FLORIDA - MHT, LLC d/b/a
TAMPA MEMORIAL HOSPITAL,

    Defendant.
_____/

## NOTICE OF DESIGNATION OF E-MAIL
## ADDRESSES FOR SERVICE OF COURT DOCUMENTS

Plaintiff, Nancy DeMarcus ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Designation of E-Mail Addresses for Service of Court Documents under Florida Rule of Judicial Administration 2.516(b)(1)(A), and designates the following e-mail addresses to be used for service of all court filings in this action: elliottp@employmentandconsumerlaw.com; assistant@employmentandconsumerlaw.com; and eservice@employmentandconsumerla.com.

Dated this 14th day of April, 2020.

                                  Respectfully submitted,

                                  */s/ Patrick K. Elliott*
                                **PATRICK K. ELLIOTT**
                                Florida. Bar Number: 1000970
                                **THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
                                100 S. Ashley Drive, Suite 600
                                Tampa, FL 33602
                                Direct Dial: (813) 379-3090
                                Facsimile:  (813) 433-5126
                                Email: elliottp@employmentandconsumerlaw.com
                                Email: assistant@employmentandconsumerlaw.com
                                ***Attorney for Plaintiff***

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

NANCY DEMARCUS,

    Plaintiff,

v.                                        CASE NO.:

WEST FLORIDA - MHT, LLC d/b/a
TAMPA MEMORIAL HOSPITAL,

    Defendant.
_____/

## SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, the Civil Cover Sheet, the Designation of Email Address, and Request for Division Assignment on defendant:

WEST FLORIDA - MHT, LLC
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

    Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated: April 14, 2020

| /s/ Patrick K. Elliott | PAT FRANK |
|---|---|
| Printed: Patrick K. Elliott | As Clerk of the Court |
| Attorney for Plaintiffs | |
| Address: The Law Office of Patrick K. Elliott, PLLC | |
| 100 S. Ashley Drive, Suite 600 | By:_____ |
| Tampa, FL 33602 | As Deputy Clerk |
| Florida Bar No. : 1000970 | (813) 276-8100 |

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact**

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

- 2 -

the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

NANCY DEMARCUS,

    Plaintiff,

v.                                       CASE NO.: 20-CA-3311 DIV B

WEST FLORIDA - MHT, LLC d/b/a
TAMPA MEMORIAL HOSPITAL,

    Defendant.
_____/

## SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, the Civil Cover Sheet, the Designation of Email Address, and Request for Division Assignment on defendant:

WEST FLORIDA - MHT, LLC
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

    Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated: April 14, 2020

| /s/ Patrick K. Elliott | PAT FRANK |
|---|---|
| Printed: Patrick K. Elliott<br>Attorney for Plaintiffs<br>Address: The Law Office of Patrick K. Elliott, PLLC<br>100 S. Ashley Drive, Suite 600<br>Tampa, FL 33602<br>Florida Bar No. : 1000970 | As Clerk of the Court<br><br>By: _Kuwama James_<br>As Deputy Clerk<br>(813) 276-8100    04/20/2020 |

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact**

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

- 2 -

**the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## VERIFIED RETURN OF SERVICE

State of Florida                County of Hillsborough                Circuit - Civil Court

Case Number: 20-CA-3311

Plaintiff:
**NANCY DEMARCUS,**

vs.

Defendant:
**WEST FLORIDA - MHT, LLC d/b/a TAMPA MEMORIAL HOSPITAL,**

RCG2020003494

For:
Patrick Elliott
The Law Office Of Patrick K. Elliott, PLLC
100 S. Ashley Drive
Ste. 600
Tampa, FL 33602

Received by Joseph S. Marker, Jr. on the 21st day of April, 2020 at 10:50 am to be served on **West Florida - MHT, LLC c/o CT Corporation System, Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**

I, Joseph S. Marker, Jr., do hereby affirm that on the **23rd day of April, 2020** at **1:05 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL, LETTER, NOTICE OF DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE OF COURT DOCUMENTS, REQUEST FOR DIVISION ASSIGNMENT and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Section Head** at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, who stated they are authorized to accept service for **West Florida - MHT, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 130, Hair: Brown, Glasses: -

If a description of the party served is provided, please note all information provided is approximate.F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.  (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

Joseph S. Marker, Jr.
Process Server ID #613

TRGT Legal
PO Box 1066
Pinellas Park, FL 33781
(888) 642-0130

Our Job Serial Number: RCG-2020003494

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m