IN THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

NANCY DEMARCUS,

    Plaintiff,                    Case No. 2020-CA-003311

    v.

WEST FLORIDA – MHT, LLC d/b/a
TAMPA MEMORIAL HOSPITAL,

    Defendant.

_____

## DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on May 13, 2020, Defendant West Florida – MHT, LLC d/b/a Tampa Memorial Hospital filed a Notice of Removal in the United States District Court for the Middle District of Florida, Tampa Division, which was served on Plaintiff's counsel by electronic mail on May 13, 2020.  A copy of the Notice of Removal is attached as Exhibit 1.

Dated: May 13, 2020.

                                  Respectfully submitted,

                                  By: /s/ *Tracey K. Jaensch*
                                      Tracey K. Jaensch, B.C.S.
                                      Florida Bar No. 907057
                                      E-mail: tjaensch@fordharrison.com
                                      FORD & HARRISON LLP
                                      101 E. Kennedy Blvd., Suite 900
                                      Tampa, FL  33602
                                      (813) 261-7800  Telephone
                                      (813) 261-7899  Facsimile

                                      Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts' E-Filing Portal which will send a true and correct copy of the foregoing via e-mail to:

Patrick K. Elliott, Esq.
The Law Office of Patrick K. Elliott, PLLC
100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
elliottp@employmentandconsumerlaw.com
assistant@employmentandconsumerlaw.com

                                              /s/ *Tracey K. Jaensch*
                                              Tracey K. Jaensch

WSACTIVELLP:11496193.1