UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NANCY DEMARCUS**

    **Plaintiff,**

v.                                         CASE NO.: 8:20-cv-1106-T-33AEP

**WEST FLORIDA - MHT, LLC d/b/a**
**TAMPA MEMORIAL HOSPITAL,**

    **Defendant.**
_____/

## NOTICE OF MEDIATION

In accordance with this Court's June 13th, 2020 Order (*see* Dkt. 14-15), Plaintiff, NANCY DEMARCUS ("Plaintiff"), respectfully notifies the Court that the parties have selected and agreed upon a mediation date with mediator Mark Hanley on December 1, 2020 via videoconference at a time convenient for both the mediator and parties on or before December 1, 2020.

Dated this July 17, 2020.

                                                    Respectfully submitted,

                                                    */s/ Patrick K. Elliott*
                                                   **PATRICK K. ELLIOTT**
                                                    Florida Bar Number: 1000970
                                                    **THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
                                                     100 S. Ashley Drive, Suite 600
                                                     Tampa, FL 33602
                                                     Direct Dial: (813) 379-3090
                                                     Facsimile:  (813) 433-5126
                                                     Email: elliottp@employmentandconsumerlaw.com
                                                     Email: assistant@employmentandconsumerlaw.com
                                                     ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 17, 2020, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

*/s/ Patrick K. Elliott*
**PATRICK K. ELLIOTT**