UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY DEMARCUS,

    Plaintiff,

    v.

WEST FLORIDA – MHT, LLC
d/b/a TAMPA MEMORIAL HOSPITAL,

    Defendant.

CASE NO.:  8:20-CV-01106-T-33AEP

**DEFENDANT'S UNOPPOSED MOTION FOR STATUS CONFERENCE**

Defendant, West Florida – MHT, LLC d/b/a Tampa Memorial Hospital, through undersigned counsel, respectfully requests that the Court issue an Order setting a status conference for the purpose of discussing the procedural posture of this case, specifically, the impending discovery deadline as well as all pre-trial and trial proceedings.  The circumstances warranting a conference stem from the unfortunate news of the recent passing of Plaintiff's counsel, Patrick K. Elliott, Esq.  While Defendant is completely sympathetic to Plaintiff's situation, this case was set on a shortened timeline per the Court's Case Management and Scheduling Order (Dkt. #11), with a mediation set for December 1, 2020 and a discovery deadline of December 11, 2020.  However, Plaintiff's counsel has failed to respond to discovery requests, emails or any contact. Indeed, Defendant served a Request for Admissions, which were also not responded to and are now deemed admitted.  In the interim, Defendant has been in contact with Inventory Attorney Jason W. Imler, Esq., who does not represent the Plaintiff and no new counsel has entered an appearance. As a result, the undersigned is uncertain as to how to proceed. Thus, a status conference would greatly benefit all parties by allowing them to consider the Court's guidance on determining the appropriate manner by which to handle the approaching deadlines and whether Plaintiff will be

proceeding pro se or otherwise.

WHEREFORE, the Defendant requests a status conference at the Court's earliest convenience or, in the alternative, direction as to the proceedings and deadlines as a result of the above-referenced issues.

>Respectfully submitted,
>
>FORD & HARRISON LLP
>
>By:  /s/ *Tracey K. Jaensch*
>Tracey K. Jaensch, B.C.S.
>Florida Bar No. 907057
>tjaensch@fordharrison.com
>Cymoril M. White
>Florida Bar No. 1019025
>cwhite@fordharrison.com
>
>101 E. Kennedy Blvd., Suite 900
>Tampa, Florida 33602
>Tel: (813) 261-7800 Fax: (813) 261-7899
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Jason W. Imler, Esq. **as Inventory Attorney**
>Jason.Imler@printylawfirm.com
>Printy & Printy, P.A.
>3411 W. Fletcher Ave., Suite A
>Tampa, Florida 33618
>(813) 434-0649
>
>　　　　　　　　　　　　/s/ *Tracey K. Jaensch*
>　　　　　　　　　　　　Attorney

WSACTIVELLP:11869530.1